IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GEORGE E. HOBBS, JR., CARRIE A. HOBBS, and VICTORIA MCGINNES, | § § § | No. 408, 2023 |
| | § § | Court Below—Superior Court of the State of Delaware |
| Defendants Below, Appellants, | § § § | |
| | § | C.A. No. N17L-10-086 |
| v. | § § | |
| MTGLQ INVESTORS, L.P., | § § | |
| | § | |
| Plaintiff Below, Appellee. | § § | |

Submitted: February 27, 2024
Decided: March 18, 2024

**ORDER**

On January 31, 2024, the Chief Deputy Clerk issued a notice directing the appellants to show cause why this appeal should not be dismissed for their failure to file an opening brief and appendix by the filing deadline of January 23, 2024 and their failure to pay the Superior Court appeal preparation fee. Postal records show that no authorized recipient was available to accept the certified mailing. On February 16, 2024, the notice to show cause was re-sent by first class mail. A timely response to the notice to show cause was due by February 26, 2024. To date, the appellants have not filed an opening brief, paid the Superior Court appeal

preparation fee, or responded to the notice to show cause.[1] Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[1] Appellant George E. Hobbs, Jr. filed a letter withdrawing the appeal in the Superior Court but did not file a notice of dismissal in this Court.